IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIAN WASHINGTON,

    Plaintiff,

vs.                              CASE NO.: 4:07cv246-SPM/WCS

DEPARTMENT OF HEALTH
STATE OF FLORIDA,

    Defendant.
_____/

**ORDER EXTENDING DEADLINES FOR
DISCOVERY, MEDIATION, AND DISPOSITIVE MOTIONS**

Upon consideration of the Joint Motion for Enlargement of Time to Complete Discovery and for Filing Dispositive Motions (doc. 26), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 26) is granted.

2.    The discovery deadline is extended to February 29, 2008.

3.    The mediation deadline is extended to March 6, 2008.

4.    The dispositive motion deadline is extended to March 20, 2008.

DONE AND ORDERED this 29th day of January, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge