IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIAN WASHINGTON,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　CASE NO.: 4:07cv246-SPM/WCS

DEPARTMENT OF HEALTH
STATE OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report of Settlement (doc. 32) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 12th day of March, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge